UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD TOSH JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>DILEO, et al.,<br><br>Defendants. | No. 1:17-cv-01042-DAD-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 21) |

Plaintiff Reginald Tosh Jackson is a state prisoner proceeding pro se and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 20, 2019, findings and recommendations were entered, recommending that this action be dismissed based on plaintiff's failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983. (Doc. No. 21.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (*Id.*) The fourteen-day time period expired, and plaintiff has not filed objections nor otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

/////

1

Accordingly:

1. The findings and recommendations issued by the assigned magistrate judge on August 20, 2019 (Doc. No. 21) are adopted in full;
2. This action is dismissed, with prejudice, due to plaintiff's failure to state a claim upon which relief may be granted under § 1983; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **December 30, 2019**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE